**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01952-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

JOHN BOYD BOWRING,

      Plaintiff,

v.

[NO NAMED DEFENDANT],

      Defendant.

_____

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES**
_____

      Plaintiff, John Boyd Bowring, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Kit Carson Correctional

Center in Burlington, Colorado.  He has submitted *pro se* two documents titled "Petition

to Pay Debts, Etc." (ECF No. 1) and "First Notice of Default" (ECF No. 3) pursuant to

the Debt Collection Improvement Act of 1996, 31 U.S.C. § 3716.  Plaintiff fails to make

clear whether he intended for these documents to be filed in *Bowring v. Bonner*, No. 13-

cv-01707-LTB (D. Colo. Sept. 18, 2013), *affirmed* No. 13-1465 (10th Cir. May 28, 2014),

or intended to initiate a new action.  *See* ECF No. 1 at 1.

      As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has

determined that the submitted documents are deficient as described in this order.

Plaintiff will be directed to cure the following if he wishes to pursue any claims in this

court in this action.  Any papers that Plaintiff files in response to this order must include

the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   __   is missing affidavit
(3)   X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   __   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information
(6)   __   is missing an original signature by the prisoner
(7)   __   is not on proper form (must use the court's current form)
(8)   __   names in caption do not match names in caption of complaint, petition or habeas application
(9)   X   other:  § 1915 motion and affidavit and certificate showing current balance in prison account only are necessary if $400.00 filing fee is not paid in advance

**Complaint, Petition or Application**:
(10)   X   is not submitted
(11)   __   is not on proper form
(12)   __   is missing an original signature by the prisoner
(13)   __   is missing page nos. ___
(14)   __   uses et al. instead of listing all parties in caption
(15)   __   names in caption do not match names in text
(16)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)   __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers that Plaintiff files in response to this

order must include the civil action number on this order.  It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved forms for

filing a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §

1915 and a Prisoner Complaint (with the assistance of his case manager or the facility's

legal assistant), along with the applicable instructions, at www.cod.uscourts.gov, and

use those forms in curing the designated deficiencies.  It is

2

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED July 14, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge